**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MIRANDA CULLENE, an individual,

Plaintiff(s),

vs.

WESTMAN PRODUCTS LLC, DOE INDIVIDUALS 1 through 40;, DOE MANUFACTURERS 1 through 40, DOE

Defendant(s).

Case # 2:26-cv-02547-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Tori S. Levine (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

Spencer Fane LLP (firm name)

with offices at 5700 Granite Parkway Suite 650 (street address),

Plano (city), Texas (state), 75024 (zip code),

972-324-0304 (area code + telephone number), tlevine@spencerfane.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Westman Products LLC [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since 11/10/1988 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Exhibit "A" attached hereto. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Arkansas, California, Oklahoma, and Texas

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF Texas )
)
COUNTY OF Collin )

Tori S. Levine, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

28th day of August, 2026

Kimberly Cartwright
Notary Public or Clerk of Court

KIMBERLY D. CARTWRIGHT
Notary Public, State of Texas
Comm. Expires 06-16-2027
Notary ID 134413507

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Jason D. Smith (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Spencer Fane LLP 300 S. 4th Street Suite 1600,
(street address)

Las Vegas (city), Nevada (state), 89101 (zip code),

702-408-3400 (area code + telephone number), jdsmith@spencerfane.com (Email address).



Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Jason D. Smith (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

*/s/ Sonny Westmoreland*
(party's signature)

Member, Westman Products LLC
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Jason D. Smith*
Designated Resident Nevada Counsel's signature

| Bar number | Email address |
|---|---|
| 9691 | jdsmith@spencerfane.com |

APPROVED:

Dated: this 2 day of September, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

*Court Admissions*

| Court | Date Admitted | Bar No. |
|---|---|---|
| Arkansas State Court | 10/24/2007 | AR2007305 |
| Arkansas – Eastern District | 2/4/2009 | N/A |
| Arkansas – Western District | 2/4/2009 | N/A |
| California State Court | 6/2/2015 | 303544 |
| California – Northern District | 1/31/2020 | N/A |
| Oklahoma State Court | 11/24/2008 | 22366 |
| Oklahoma – Eastern District | 6/14/2010 | N/A |
| Oklahoma – Northern District | 7/16/2012 | N/A |
| Oklahoma – Western District | 11/17/2010 | N/A |
| Texas State Court | 11/10/1988 | 18690500 |
| Texas – Northern District | 12/1/1988 | N/A |
| Texas – Western District | 3/11/1993 | N/A |
| Texas – Eastern District | 6/26/1995 | N/A |
| Texas – Southern District | 9/19/1997 | N/A |
| U.S. Circuit Court of Appeals, 10th Circuit | 6/15/2016 | N/A |

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

August 12, 2026

Re: Tori Smith Levine, State Bar Number 18690500

To Whom It May Concern:

This is to certify that Tori Smith Levine was licensed to practice law in Texas on November 10, 1988, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253

OKLAHOMA BAR ASSOCIATION

Office of the General Counsel

## CERTIFICATE

STATE OF OKLAHOMA )
)
COUNTY OF OKLAHOMA )

Gina L. Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That TORI S. LEVINE, OBA #22366, was admitted to the practice of law by the Supreme Court of Oklahoma on November 24, 2008, and is an active member in good standing of the Oklahoma Bar Association.

Gina L. Hendryx
General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 14th day of August, 2026, by Gina L. Hendryx.

NOTARY PUBLIC

My Commission Expires:
02/04/30

Commission Number:
26001169

JORDYN BANTA NOTARY # 26001169 EXP. 02/04/30 PUBLIC STATE OF OKLAHOMA



1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036
office 405.416.7007
fax 405.416.7003
toll free 800.522.8065

OKLAHOMA BAR ASSOCIATION

*Supreme Court*

# ***State of Arkansas***

*Little Rock*

# CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Kyle E. Burton, Clerk of the Supreme Court of Arkansas, court of last resort in our state, do hereby certify that Tori Smith Levine was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on October 24, 2007, issued Arkansas bar number 2007305, and that no disbarment proceedings nor adverse disciplinary actions have been filed against this attorney in this court during the past three year period.

In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this the 12th day of August, 2026.

KYLE E. BURTON
(CLERK)

By ____________________

Deputy Clerk

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 8/12/2026

**LICENSEE NAME:** Tori Smith Levine

**LICENSEE BAR NUMBER:** 303544

**LICENSEE STATUS:** Active

**ADMIT DATE:** 6/2/2015

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Tori Smith Levine's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

Carolina Almarante-Terrero

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*